**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton** **312-435-5670**
Clerk

09/04/26

Mariyana T. Spyropoulos, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL 60602

Re: Ramos v. Hooten et al
USDC Case Number: 1:26-cv-05218
Circuit Court Case Number: 2026L004263

Dear Clerk:

A certified copy of an order entered on 07/29/2026 by the Honorable John F. Kness, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,
Thomas G. Bruton, Clerk

By: /s/ L. Janica
Deputy Clerk

Enclosure(s)